DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WINTERBERG v. BURNS AEROSPACE CORP.

No. 254P96

Case below: 122 N.C. App. 401

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

YOUNG v. FUN SERVICES-CAROLINA, INC.

No. 203P96

Case below: 122 N.C. App. 157

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

PETITION TO REHEAR

EDWARD VALVES, INC. v. WAKE COUNTY

No. 34PA95

Case below: 343 N.C. 426

Petition by defendants to rehear pursuant to Rule 31 denied 5 September 1996.